# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-7125**　　　　　　　　　　　　**September Term, 2006**

06cv01123

**Filed On:**

Guo Jinqiu,
　　　　Appellant

v.

PRC, The China dictatorship regime,
　　　　Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED　NOV - 7 2006

CLERK

**BEFORE:**　Ginsburg, Chief Judge, and Sentelle and Tatel, Circuit Judges

### ORDER

Upon consideration of the court's order to show cause filed August 21, 2006, and appellant's answer thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, on the court's own motion, that this appeal be dismissed as untimely. Appellant filed his notice of appeal on August 7, 2006, more than 30 days after the June 22, 2006 entry of the challenged judgment. See Fed. R. App. P. 4(a)(1)(A).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Per Curiam